Mark A. Broughton, #079822
MARK A. BROUGHTON, PC
2300 Tulare Street, Suite 215
Fresno, California 93721
Tel: (559) 691-6222
Fax: (559) 691-6221

Attorneys for Defendant, DENIS BARRERA-PALMA

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> vs. <br> DENIS BARRERA-PALMA, <br> Defendant. | Case No.: 1:18-MJ-00150-SKO <br><br> **JOINT STIPULATION TO CONTINUE DETENTION HEARING; AND ORDER** |

IT IS HEREBY STIPULATED by and between Mark A. Broughton, the attorney for Defendant Denis Barrera-Palma, and Assistant United States Attorneys, Kimberly Sanchez and Ross Pierson, that the Detention Hearing set for September 10, 2018, at 2:00 p.m., be continued to September 11, 2018 at 2:00 p.m.

The Stipulation is based on good cause. This continuance is requested by counsel for Defendant Barrera-Palma, due to the fact that counsel is out of state and unable to attend the hearing until September 11, 2018. Counsel for Defendant has communicated with A.U.S.A, Kimberly Sanchez, who has no objections to this continuance.

///

1

For the above stated reasons, the stipulated continuance will conserve time and resources for both the parties and the court, and the delay resulting from this continuance shall be excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h) (7)(A).

IT IS SO STIPULATED.

DATED: September 6, 2018 /s/ Kimberly Sanchez
KIMBERLY SANCHEZ
Assistant United States Attorney

DATED: September 6, 2018 /s/ Ross Pierson
ROSS PIERSON
Assistant United States Attorney

DATED: September 6, 2018 /s/Mark A. Broughton
MARK A. BROUGHTON
Attorney for DENIS BARRERA-PALMA

ORDER

IT IS SO ORDERED.

Dated: **September 6, 2018**

UNITED STATES MAGISTRATE JUDGE